UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARNELL REED, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-00778-AGF |
| | ) | |
| EILEEN RAMEY, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's motions (ECF Nos. 10 &11) for appointment of counsel. There is no constitutional right for a pro se habeas petitioner to have counsel appointed, although a court has discretion to appoint counsel when necessary. *Morris v. Dormire*, 217 F.3d 556, 558-59 (8th Cir. 2000). Among the factors a court should consider in making this determination are the factual and legal complexity of the case, the ability of the petitioner to present the facts and his claims, and the degree to which the petitioner and the court would benefit from such an appointment. *Id.* Upon review of the record, the Court does not believe that the appointment of counsel is necessary at this stage of the proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motions for appointment of counsel are **DENIED**. ECF Nos. 10 &11.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 26th day of April, 2019.